UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER SCOTT,<br><br>    Plaintiff,<br><br>    v.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION,<br><br>    Defendant. | Case No. 20-cv-06022-SK<br><br>**ORDER TO SHOW CAUSE**<br><br>Regarding Docket No. 19 |

On October 1, 2020, the Court entered an Order granting the parties' stipulation to stay this matter pending arbitration and setting a status report deadline. (Dkt. 14.) On May 19, 2021, the parties filed a status report indicating that they initiated arbitration on October 15, 2020, and an initial hearing was held on April 27, 2021. (Dkt. 18.) The parties reported that the arbitration hearing was scheduled for February 22-23, 2022. (*Id.*) Accordingly, the Court ordered the parties to file another joint status report no later than March 15, 2022. (Dkt. 19.) No such report was filed. Accordingly, the Court HEREBY ORDERS the parties to SHOW CAUSE explaining why they have failed to meet the deadline for informing the Court of the status of this case. The parties shall respond no later than April 1, 2022.

**IT IS SO ORDERED**.

Dated: March 25, 2022

_____
SALLIE KIM
United States Magistrate Judge