UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER SCOTT,<br><br>    Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, National Association; and DOES 1-50,<br><br>    Defendants. | Case No. 3:20-CV-6022-SK<br><br>**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br>Regarding Docket No. 19 |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1). Each party to bear its attorney's fees and costs.

Date: 3/30/22

FREDERICKSON HAMILTON, LLP

Roger B. Frederickson, Attorneys for the Plaintiff Christopher Scott

Date: 3/30/22

WOMBLE, BONN, DICKINSON (US), LLP

Nadia D. Adams, Attorneys for Wells Fargo Bank, N.A.