UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER SCOTT,<br><br>        Plaintiff,<br><br>    v.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION,<br><br>        Defendant. | Case No. 20-cv-06022-SK<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE AND GRANTING STIPULATION TO DISMISS**<br><br>Regarding Docket Nos. 21, 22 |

On March 25, 2022, the Court entered an Order to Show Cause requiring the parties to explain why they failed to meet the status report deadline set by the Court. (Dkt. 20.) The parties responded on April 1, 2022, explaining that they failed to calendar the status report deadline and that they have settled the case. (Dkt. 22.) The parties field a stipulation for dismissal with prejudice on the same date. (Dkt. 21.) Good cause appearing the Court HEREBY DISCHARGES the Order to Show Cause and GRANTS the stipulation for dismissal with prejudice. The Clerk of Court is directed to close the file.

**IT IS SO ORDERED**.

Dated: April 14, 2022

*(signature)*

SALLIE KIM
United States Magistrate Judge